FILED
CLERK, U.S. DISTRICT COURT

MAR – 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEFAN BALINT, aka
Papadimitiriou Ionnis,

Defendant.

Case No.  23-MJ-987-1

ORDER OF DETENTION

I.

On March 3, 2023, Defendant made his initial appearance on the criminal complaint filed in this matter.  Shaun Khojayan, a member of the Indigent Defense Panel, was appointed to represent Defendant.  Defendant submitted on the Pretrial Services Officer's recommendation that Defendant be detained.

☐    On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒    On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

⊠     No legal status in the United States

⊠     minimal ties to the Central District of California

⊠     Unverified and inconsistent background information

⊠     Use of Aliases

⊠     Provided false name and identification to arresting officers

⊠     Criminal History includes convictions in the United Kingdom for theft/fraud in 2015, theft in Denmark in 2016, theft in Sweden in 2016, and aggravated theft in Italy in 2018, in addition to arrests in Romania in 2007 (theft), Germany in 2013 (fraud), and the United Kingdom in 2018 (theft).

⊠     outstanding warrants issued in 2019 and 2020 in Kentucky, Massachusetts, Missouri, Indiana, Pennsylvania and Ohio, including for failure to appear.

As to danger to the community:

⊠     Defendant poses an economic danger given allegations in the criminal complaint which include using cloned Electronic Benefit Transfer (debit) cards to check available balances for the purpose of obtaining and attempting to obtain funds from the accounts of individual victims who had funds from the Cal Fresh and CalWORKS programs placed in the accounts.

⊠     criminal history reveals consistent pattern of criminal conduct

⊠     outstanding warrants

1

V.

2    IT IS THEREFORE ORDERED that the defendant be detained until trial.

3  The defendant will be committed to the custody of the Attorney General for

4  confinement in a corrections facility separate, to the extent practicable, from

5  persons awaiting or serving sentences or being held in custody pending appeal.

6  The defendant will be afforded reasonable opportunity for private consultation

7  with counsel.  On order of a Court of the United States or on request of any

8  attorney for the Government, the person in charge of the corrections facility in

9  which defendant is confined will deliver the defendant to a United States Marshal

10  for the purpose of an appearance in connection with a court proceeding.

11  [18 U.S.C. § 3142(i)]

12

13  Dated: March 3, 2023

                                         /s/
14                            _____
                                ALKA SAGAR
15                            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

3